FILED

12 OCT -9 PM 3: 13

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACING TECHNOLOGIES, INC., <br><br> Plaintiff, <br> vs. <br><br> GARMIN INTERNATIONAL INC, et al., <br><br> Defendant. | CASE NO. 12-CV-1067-BEN (WMc) <br><br> ORDER DISMISSING DEFENDANT GARMIN LTD WITHOUT PREJUDICE <br><br> [Docket No. 37] |

Plaintiff Pacing Technologies, LLC and Defendants Garmin International, Inc., Garmin USA, Inc. and Garmin LTD jointly move to dismiss Defendant Garmin LTD without prejudice. The joint motion is **GRANTED** and Defendant **GARMIN LTD** is **DISMISSED** without prejudice, with each side bearing their own fees and costs incurred, if any.

**IT IS SO ORDERED.**

DATED: October 09, 2012

HON. ROGER T. BENITEZ
United States District Court Judge