FILED

14 APR 30 PM 3:10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| PACING TECHNOLOGIES, LLC, | CASE NO. 12-CV-1067-BEN (JLB) |
|---|---|
| Plaintiff, | **JUDGMENT** |
| vs. | |
| GARMIN INTERNATIONAL, INC. and GARMIN, USA, INC., | |
| Defendants. | |

On February 11, 2014, this matter came before the Court for oral argument on a Motion for Summary Judgment of Noninfringement. The evidence presented having been fully considered and the issues having been duly heard, this Court rendered a decision on March 3, 2014 that defendants Garmin International, Inc. and Garmin USA, Inc. do not infringe U.S. Patent No. 8,101,843.

Accordingly, **IT IS ORDERED AND ADJUDGED** that the action be dismissed on the merits, that plaintiff Pacing Technologies, LLC take nothing, and that summary judgment of noninfringement be entered in favor of defendants Garmin International, Inc. and Garmin USA, Inc.

Dated: 4/30, 2014

HON. ROGER T. BENITEZ
United States District Judge